JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON C. NICHOLS,<br><br>    Petitioner,<br><br>  v.<br><br>KEN CLARK, Warden,<br><br>    Respondent. | Case No. CV 09-5875-DSF (JEM)<br><br>**J U D G M E N T** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 3/26/12

                             DALE S. FISCHER
                           UNITED STATES DISTRICT JUDGE